THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED BERMAN, Appellant.* — Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GENOISE, Appellant.— Judgment of conviction and order of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP RAWDIN, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Carswell and Scudder, JJ.; Hagarty, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB SELLINGER, Appellant.† — Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Carswell and Scudder, JJ.; Hagarty, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD J. O'DEA, Appellant, v. JOHN H. DELANEY and Others, as Commissioners of the Board of Transportation of the City of New York, and Others, Respondents.— Order denying motion for a peremptory mandamus order unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. We are of opinion that the prior service of the relator, followed by his resignation and a nine-year interval before re-entry into public employment, may not be counted to determine the date of his " original appointment " as comprehended by section 31 of the Civil Service Law. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

ETHEL ROTH, Respondent, v. ISRAEL M. OSHINSKY, Appellant.— Order of the County Court of Nassau county affirming final order of the City Court of the City of Long Beach unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

PAUL SHUGERMAN, Respondent, v. EUGENE J. BUSHER Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

SAM SIMON and Another, Respondents, v. LILLIAN H. GARBER, Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.